## MOTION AND PROCEDURAL RULINGS

**2003–0487. State v. Skatzes.**
Montgomery App. No. 15848, 2003-Ohio-516. Upon consideration of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the timely filing of a petition for a writ of certiorari in the Supreme Court of the United States and pending the exhaustion of state post-conviction remedies,

IT IS ORDERED by the court that said motion be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that compliance with the mandate and execution of sentence be, and hereby are stayed, pending the timely filing of the petition in the Supreme Court of the United States.

IT IS FURTHER ORDERED that if such petition is timely filed, this stay shall continue for an indefinite period pending final disposition of this cause by the Supreme Court of the United States.

IT IS FURTHER ORDERED by the court that this stay shall remain in effect until exhaustion of all state post-conviction proceedings, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court upon a final disposition by the Supreme Court of the United States or when all proceedings for post-conviction relief before courts of this state have been exhausted, whichever occurs later.

## MISCELLANEOUS DISMISSALS

**2004–1904. State ex rel. Adair v. Reading Restaurants, Inc.**
Franklin App. No. 03AP–1130, 2004-Ohio-5254. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 10, 2005*

[Cite as *03/10/2005 Case Announcements*, 2005-Ohio-1002.]

## MISCELLANEOUS DISMISSALS

**2004–2119. State v. James.**
Hamilton App. No. C–030695, 2004-Ohio-5727. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due March 4, 2005, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed sua sponte.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2005–0090. Lakota Local School Dist. Bd. of Edn. v. Butler Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2003–A–1840.